May 9, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

CITRIN HOLDINGS, LLC AND JACOB CITRIN, Appellants

NO. 14-11-00644-CV                              V.

MATTHEW MINNIS AND CULLEN 130, LLC, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Matthew Minnis and Cullen 130, LLC, signed April 27, 2011, was heard on the transcript of the record. We have inspected the record and find the trial court erred in awarding judgment in favor of appellees, Matthew Minnis and Cullen 130, LLC, on their claims against appellants, Citrin Holdings, LLC and Jacob Citrin. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that appellees, Matthew Minnis and Cullen 130, LLC, take nothing on their claims against appellants, Citrin Holdings, LLC and Jacob Citrin.

We further order that all costs incurred by reason of this appeal be paid by appellees, Matthew Minnis and Cullen 130, LLC, jointly and severally. We further order this decision certified below for observance.